UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph J. Rogers, Esquire (JJR1185)
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964

**Order Filed on June 26, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re: Charles E. Richardson

Case Number: **18-12097 MBK**

Hearing Date:

Judge: Michael B. Kaplan

## ORDER GRANTING APPLICATION TO AUTHORIZE LOAN MODIFICATION AND FOR OTHER RELIEF

The relief set forth on the following page two (2) is hereby **ORDERED**.

**DATED: June 26, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor(s): Charles E. Richardson
Case No.: **18-12097 MBK**
Caption of Order: ORDER GRANTING APPLICATION TO AUTHORIZE LOAN MODIFICATION

1. That Charles E. Richardson is hereby authorized to enter into and consummate a loan modification with Shellpoint Mortgage Servicing pursuant to the terms and conditions of the annexed loan modification agreement, relating to real property located at 109 Tattersall Drive Burlington, NJ 08016.

2. That Charles E. Richardson and/or Shellpoint Mortgage Servicing are authorized to enter and consummate any transaction necessary and incident to the modification of the loan relating to this property, the sole exception being the transfer of the property or an interest in the property by the Debtor to someone else.

    a. Limited Stay Relief is Granted to allow Shellpoint Mortgage Servicing to negotiate any such agreement with Charles E. Richardson or counsel, enter into and sign a loan modification agreement, and record any documents with the appropriate Recorders office.

3. That Charles E. Richardson and/or Shellpoint Mortgage Servicing are authorized to negotiate and prepare the terms or documents relating to a loan modification, or any necessary transaction incident to a loan modification agreement, such as, but not limited to the circumstances described above, with respect to this property and any such negotiation and/or preparation of documents and/or recording of documents, by the parties shall not be considered to be a violation of the automatic stay and are specifically authorized by the Court.

4. Shellpoint Mortgage Servicing shall amend its Proof of Claim to $0 or the amount paid to date within 30 days of the date of this Order;

5. Charles E. Richardson shall file a Modified Chapter 13 Plan within 20 days of this Order;

6. Charles E. Richardson will file an amended Schedule J within 20 days of the entry of the within Order.