UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph J. Rogers, Esquire (JJR1185)
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964

**Order Filed on June 26, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re: Charles E. Richardson

Case Number: **18-12097 MBK**

Hearing Date:

Judge: Michael B. Kaplan

# ORDER GRANTING APPLICATION TO AUTHORIZE LOAN MODIFICATION AND FOR OTHER RELIEF

The relief set forth on the following page two (2) is hereby **ORDERED**.

**DATED: June 26, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor(s): Charles E. Richardson
Case No.: **18-12097 MBK**
Caption of Order: ORDER GRANTING APPLICATION TO AUTHORIZE LOAN MODIFICATION

1. That Charles E. Richardson is hereby authorized to enter into and consummate a loan modification with Shellpoint Mortgage Servicing pursuant to the terms and conditions of the annexed loan modification agreement, relating to real property located at 109 Tattersall Drive Burlington, NJ 08016.

2. That Charles E. Richardson and/or Shellpoint Mortgage Servicing are authorized to enter and consummate any transaction necessary and incident to the modification of the loan relating to this property, the sole exception being the transfer of the property or an interest in the property by the Debtor to someone else.

    a. Limited Stay Relief is Granted to allow Shellpoint Mortgage Servicing to negotiate any such agreement with Charles E. Richardson or counsel, enter into and sign a loan modification agreement, and record any documents with the appropriate Recorders office.

3. That Charles E. Richardson and/or Shellpoint Mortgage Servicing are authorized to negotiate and prepare the terms or documents relating to a loan modification, or any necessary transaction incident to a loan modification agreement, such as, but not limited to the circumstances described above, with respect to this property and any such negotiation and/or preparation of documents and/or recording of documents, by the parties shall not be considered to be a violation of the automatic stay and are specifically authorized by the Court.

4. Shellpoint Mortgage Servicing shall amend its Proof of Claim to $0 or the amount paid to date within 30 days of the date of this Order;

5. Charles E. Richardson shall file a Modified Chapter 13 Plan within 20 days of this Order;

6. Charles E. Richardson will file an amended Schedule J within 20 days of the entry of the within Order.

United States Bankruptcy Court
District of New Jersey

In re:  
Charles E. Richardson  
     Debtor

Case No. 18-12097-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3　　User: admin　　Page 1 of 1　　Date Rcvd: Jun 27, 2019  
　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2019.  
db　　　　+Charles E. Richardson,   109 Tattersall Drive,   Burlington, NJ 08016-4324

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2019　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2019 at the address(es) listed below:  
    Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
    Albert   Russo    docs@russotrustee.com  
    Alexandra T. Garcia    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but as Trustee of Securitized Mortgage Asset Loan Trust 2015-1 NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
    John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
    Joseph J. Rogers    on behalf of Debtor Charles E. Richardson jjresq@comcast.net, jjrogers0507@gmail.com  
    Melissa S DiCerbo    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but as Trustee of Securitized Mortgage Asset Loan Trust 2015-1 nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
    Rebecca Ann Solarz    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but as Trustee of Securitized Mortgage Asset Loan Trust 2015-1 REO rsolarz@kmllawgroup.com  
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 8