UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Charles E. Richardson

Case No.: 18-12097
Chapter: 7
Judge: KCF

### NOTICE OF PROPOSED ABANDONMENT

__Karen E. Bezner__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson, C.U.S.B.J.__ on __November 12, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
109 Tattersall Drive,
Burlington, New Jersey
Valued at $225,000.00

Liens on property:
Shellpoint Mortgage, $285,197.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee   /s/ Karen E. Bezner
Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076
Telephone No.: (908) 322-8484

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Charles E. Richardson  
    Debtor

Case No. 18-12097-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin         Page 1 of 2         Date Rcvd: Oct 01, 2019  
                          Form ID: pdf905    Total Noticed: 25

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2019.
db             +Charles E. Richardson,    109 Tattersall Drive,    Burlington, NJ 08016-4324
cr             +Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto,    1451 Thomas Langston Rd.,
                 Winterville, NC 28590-8872
517402990       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
517312874      +Cap1/bstby,    PO Box 9001007,    Louisville, KY 40290-1007
517312876       ECMC,    PO Box 64909,    St Paul, MN 55164-0909
517312877      +KML Law Group PC,    216 Haddon Avenue Suite 406,    Collingswood, NJ 08108-2812
517363519       Navient Solutions, LLC on behalf of,    Educational Credit Management,    Corporation,
                 PO BOX 16408,    St. Paul, MN 55116-0408
517312880      +Shellpoint Mortgage Servicing,    PO Box 740039,    Cincinnati, OH 45274-0039
517312882      +Township Of Burlington,    851 Old York Road,    Water & Sewer Utility,
                 Burlington, NJ 08016-3829
517418466       Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,     P.O. BOX 19657,    IRVINE, CA 92623-9657
517312883      +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
517312884      +Wilmington Savings Fund Society Trust,    55 Beattie Place Suite 110,
                 Greenville, SC 29601-5115
517461139      +Wilmington Savings Fund Society, FSB,    C/O Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC 29603-0826
518370385       Wilmington Savings Fund Society, FSB, d/b/a Christ,     POB 10826,    Greenville, SC  29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 01 2019 22:30:19     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 01 2019 22:30:19     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517312875      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 01 2019 22:28:54     Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517403124      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 01 2019 22:30:18     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517312878      +E-mail/PDF: pa_dc_claims@navient.com Oct 01 2019 22:29:41     Navient,    Attn: Bankruptcy,
                 Po Box 9500,    Wilkes-Barre, PA 18773-9500
517333700       E-mail/PDF: cbp@onemainfinancial.com Oct 01 2019 22:28:47     ONEMAIN,    PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
517312879      +E-mail/PDF: cbp@onemainfinancial.com Oct 01 2019 22:28:49     OneMain Financial,
                 Attn: Bankruptcy Department,    601 Nw 2nd St #300,    Evansville, IN 47708-1013
517741193       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 01 2019 22:28:52
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
517741194       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 01 2019 22:50:31
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541,
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
517450142       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 01 2019 22:29:40
                 Portfolio Recovery Associates, LLC,    c/o Best Buy Credit Card,    POB 41067,
                 Norfolk VA 23541
517312881       E-mail/Text: claimsdepartment@sunnova.com Oct 01 2019 22:30:01     Sunnova Energy Corp.,
                 20 Greenway Plaza, Suite 475,    Houston, TX 77046
                                                                                                TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517312873     ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
                                                                                               TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2019                                        Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                 Page 2 of 2               Date Rcvd: Oct 01, 2019
                              Form ID: pdf905             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2019 at the address(es) listed below:

```
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Alexandra T. Garcia    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not in its individual capacity but as Trustee of Securitized Mortgage Asset
           Loan Trust 2015-1 NJECFMAIL@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
          John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
           ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          Joseph J. Rogers    on behalf of Debtor Charles E. Richardson jjresq@comcast.net,
           jjrogers0507@gmail.com
          Karen E. Bezner    Kbez@bellatlantic.net,   NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
           NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Melissa S DiCerbo    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not in its individual capacity but as Trustee of Securitized Mortgage Asset
           Loan Trust 2015-1 nj-ecfmail@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
          Rebecca Ann Solarz    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not in its individual capacity but as Trustee of Securitized Mortgage Asset
           Loan Trust 2015-1 REO rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```